UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Grover L. Anderson,<br>*Plaintiff*<br>v.<br><br>Greenville County School District,<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No.   6:19-cv-00093-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Grover L. Anderson, shall take nothing of the defendant; Greenville County School District, as to the complaint filed pursuant to 42 U.S.C. 12117 and this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing plaintiff's action.

Date:   April 16, 2019

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*